**Wynn H. SHELDON, Plaintiff— Appellant,**

v.

**Harry G. LAPPIN, Director; B.A. Bledsoe, Warden/Regional Director; K.M. White; J. Jones; Strickland; Hill; Shults, Acting Captain; Captain Williams; Lieutenant Trees; Lieutenant Grapperhaus; Lieutenant Pitt; Lieutenant Allen; Doctor Dejesus; Doctor Ramirez; Doctor Ellis; Irwin Fish, Physician Assistant; D. Roth, Physician Assistant; P. Herrell, R.N.; D. Duncan, R.N.; T. Hornsby, R.N., Defendants—Appellees.**

**No. 07–6574.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 23, 2007.

Decided: Aug. 29, 2007.

Wynn H. Sheldon, Appellant Pro Se. Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellees.

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wynn H. Sheldon appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sheldon v. Lappin,* No. 7:06–cv–00049, 2007 WL 806124 (W.D.Va. Mar. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*